# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1012
Lower Tribunal No. 21-12876
_____

## Finvarb Group, LLC, et al.,
Appellants,

vs.

## Everest Indemnity Insurance Company, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Ver Ploeg & Marino, P.A., and Stephen A. Marino, Jr., Rochelle N. Wimbush, Alexander I. Loy, and Benjamin C. Hassebrock, for appellants.

Zelle LLP, and Christine M. Renella (Fort Lauderdale), Jennifer A. Hoffman, and Victoria K. Pagos (New York, NY); Clyde & Co US LLP, and Taylor L. Davis, and Eric P. Benedict (Atlanta, GA); Fields Howell, LLP, and Armando P. Rubio, and Marshall N. Lahiff; Carlton Fields, P.A., and Steven J. Brodie, Joseph H. Lang Jr., Heidi Hudson Raschke, and Andrew K. Daechsel; Kennedys CMK, LLP, and Jedidiah Vander Klok; Wood Smith Henning & Berman LLP, and Kimberly Jones and Richard Singer (Boca Raton), for appellees.

Before FERNANDEZ, SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Commodore, Inc. v. Certain Underwriters at Lloyd's London</u>, 342 So. 3d 697 (Fla. 3d DCA 2022); <u>Town Kitchen LLC v. Certain Underwriters at Lloyd's, London</u>, 522 F. Supp. 3d 1216, 1225 (S.D. Fla. 2021).